# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RONNIE HARRINGTON )
*Plaintiff* )
v. )  Civil Action No.  25-CV-3020-LTS-MAR
HY-VEE et al., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff take nothing and this case is dismissed.

_____ .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Leonard T. Strand

_____ .

Date:  3/23/26                                PAUL DE YOUNG, CLERK OF COURT

                                    S/ *klh*                    Deputy Clerk
                                    *Signature of Clerk or Deputy Clerk*